UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GRIMM SCIENTIFIC INDUSTRIES, INC., | ) CASE NO.: |
| | ) |
| | ) JUDGE: |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF REMOVAL** |
| | ) |
| FOAM SUPPLIES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION:

1. On December 2, 2021, Plaintiff Grimm Scientific Industries commenced an action in the Washington County Court of Common Pleas County Court of Common Pleas, Ohio, bearing Case No. 21OT000238 entitled "Grimm Scientific Industries, Inc. v. Foam Supplies, Inc., et al.," praying judgment against Defendant Foam Supplies, Inc. and others. Said action is predicated on alleged breach of contract, breach of warranty, fraud, and negligence claims. Said action is wholly of a civil nature of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one which may be removed to this Court pursuant to the provisions of Title 28 United States Code Section 1441(a) and (b), as being a civil action where the only properly joined and served Defendant, Foam Supplies, Inc., is a citizen of a different state, Missouri, than Plaintiff, Ohio, and the amount in controversy exceeds $75,000. Plaintiff only specifies, as required by Ohio law, that the amount in controversy exceeds $25,000 in the Prayer for Relief in its Complaint. However, Plaintiff alleges that 22 of its customers have experienced product failures and anticipates that another 65 of its customers will experience product failures and, therefore, Defendant Foam Supplies, Inc. asserts that Plaintiff is alleging damages in excess of $75,000. Complaint at ¶26, 27, and 31.

2. Named Defendant James Underwood has not been properly served and Defendant Foam Supplies, Inc. asserts that Defendant James Underwood has been fraudulently joined in any event. Therefore, Defendant James Underwood is not required to join in or consent to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).

3. A copy of the Summons and Complaint in the case aforesaid was served upon Defendants, Foam Supplies, Inc., on February 14, 2022 under and by virtue of Rule 4.3 of the Ohio Rules of Civil Procedure.

4. Defendants attach hereto, and file herewith, a copy of the Summons and Complaint served as aforesaid as well as a copy of the certified mail receipt evidencing service of the Summons and Complaint on February 14, 2022 and a copy of a Motion for the Appointment of Process Server filed on February 25, 2022.

5. All Defendants properly joined or served consent to and/or join in this Notice of Removal.

WHEREFORE, Defendant Foam Supplies, Inc. prays that the case presently pending in the Washington County Court of Common Pleas County Court of Common Pleas against it be removed to this Court and proceed herein according to law.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Joseph F. Nicholas, Jr.*

JOSEPH F. NICHOLAS, JR. (0038063)
STEVEN K. KELLEY (0023747)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906/(440) 248-8861 – Fax
Email: jnicholas@mrrlaw.com
skelley@mrrlaw.com
Counsel for Defendants Foam Supplies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, March 11, 2022, a copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Joseph F. Nicholas, Jr.*
JOSEPH F. NICHOLAS, JR. (0038063)
STEVEN K. KELLEY (0023747)

Counsel for Defendants Foam Supplies, Inc.

AIG-210285/Notice of Removal USDC